**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER COMMINEY, | ) | CASE NO. ED CV 10-01111 MMM (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| F. GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner filed no timely objections to the Report. He filed tardy objections on September 15, 2010. The Court has considered those objections and has reviewed *de novo* the portions of the record noted in the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: October 6, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE