**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER COMMINEY, | CASE NO. ED CV 10-01111 MMM (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| F. GONZALEZ, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of WALTER COMMINEY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: October 6, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE